# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
### U.S. Probation / Pretrial Services

**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

October 25, 2006

Honorable Jimm Larry Hendren
Chief U.S. District Judge
P.O. Box 3487
Fayetteville, Arkansas 72702

RE: **Arnold, Desmond**
**Dkt. No.: 3:03CR30002-001**
**<u>VIOLATION REPORT</u>**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of the supervision in the above named case. As you may recall, Mr. Arnold was sentenced by Your Honor in Harrison, Arkansas, for *Timber Set Afire on Property Under Jurisdiction of the United States*, on October 27, 2003, to time served, 3 year term of supervised release, $2,000 fine, and $100 special assessment. The offender's term of probation commenced on October 27, 2003.

Mr. Arnold has paid to the best of his ability and has responded to all directives from the probation office. As of this date, Mr. Arnold owes $390 and has paid the special assessment fee. This case is due to expire October 26, 2006. It is anticipated the U.S. Attorney's Office has a lien in place on remaining assets and may pursue collection for up to twenty (20) years after the expiration of the defendant's term of supervision. Accordingly, it is respectfully recommended Mr. Arnold's case be allowed to expire as scheduled without court intervention and with the U.S. Attorney's Office to continue collection of the remaining restitution and fine.

If further information is needed or required, please advise.

Respectfully,

Tobey L. Reely
U.S. Probation Officer

Reviewed by:

William E. Dunn, Jr.
Supervising U.S. Probation Officer

✔ Pursue Course of Action as Stated

___ Other _____

_____ 10/25/06
Honorable Jimm Larry Hendren    Date
Chief U.S. District Judge